# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CHRISTOPHER SLUPNICKI   §
         BARBARA SLUPNICKI       §   Case No.: 09-21146
                                 §
                                 §
         Debtor(s)                §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/10/2009.

2) This case was confirmed on 08/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/20/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2011.

5) The case was dismissed on 08/04/2011.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 29

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 84,800.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 24,200.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 24,200.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,545.50 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,545.50 |
| Attorney fees paid and disclosed by debtor | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 16,110.00 | 16,110.12 | 16,110.12 | .00 | .00 |
| BANK OF AMERICA | SECURED | 250,360.00 | 400,000.00 | .00 | .00 | .00 |
| BANK OF AMERICA | SECURED | NA | 22,468.81 | .00 | .00 | .00 |
| WASHINGTON MUTUAL HO | SECURED | 374,522.00 | 372,750.15 | .00 | .00 | .00 |
| GLENVIEW STATE BANK | SECURED | .00 | .00 | .00 | .00 | .00 |
| GLENVIEW STATE BANK | SECURED | .00 | .00 | .00 | .00 | .00 |
| BANK OF AMERICA | SECURED | 316,341.00 | 417,253.28 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 14,544.00 | 13,594.50 | .00 | .00 | .00 |
| NATIONAL CITY BANK | SECURED | 49,135.00 | 49,135.47 | .00 | .00 | .00 |
| AFSCI | UNSECURED | .00 | NA | NA | .00 | .00 |
| ALLIED BUILDING PROD | UNSECURED | 8,712.91 | 9,439.99 | 9,439.99 | .00 | .00 |
| AMERICAN EXPRESS BAN | UNSECURED | 7,909.00 | 7,909.24 | 7,909.24 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 23,591.00 | 23,591.04 | 23,591.04 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 12,490.00 | 12,490.34 | 12,490.34 | .00 | .00 |
| BLMDSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 24,000.00 | 24,000.90 | 24,000.90 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 10,438.00 | 10,438.68 | 10,438.68 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | .00 | 1,106.03 | 1,106.03 | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 501.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 20,542.00 | 20,542.27 | 20,542.27 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITI CARDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| SHELL OIL/CITIBANK | UNSECURED | 524.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 50,395.77 | 52,394.43 | 52,394.43 | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | 298.00 | 298.14 | 298.14 | .00 | .00 |
| MACYS DSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 23,552.00 | NA | NA | .00 | .00 |
| FIRST USA BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/BANANA REP | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/DICKS | UNSECURED | 298.14 | NA | NA | .00 | .00 |
| GLENVIEW STATE BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| HARRIS BANK | UNSECURED | 1,528.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 16,068.00 | 16,561.36 | 16,561.36 | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/NEIMAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/NEIMAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/ VLCTY | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/WICKS | UNSECURED | .00 | NA | NA | .00 | .00 |
| INDYMAC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| IRWIN MORTGAGE CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| IRWIN MORTGAGE CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| LANE BRYANT RETAIL | UNSECURED | .00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| LOWES COMMERCIAL SER | UNSECURED | 13,928.27 | NA | NA | .00 | .00 |
| MAZDA AMER | UNSECURED | .00 | NA | NA | .00 | .00 |
| NBGL CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORDSTROM | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| RNB FIELDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| ABC REMOLDELERS SUPP | UNSECURED | 8,465.18 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| GLOBAL PLUMBING | UNSECURED | 1,454.71 | NA | NA | .00 | .00 |
| LUMBER & BUILDING MA | UNSECURED | 3,214.75 | NA | NA | .00 | .00 |
| METROPOLITAN TOWER C | UNSECURED | 9,286.37 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 13,228.33 | NA | NA | .00 | .00 |
| REMODELERS SUPPLY CE | UNSECURED | 3,095.90 | NA | NA | .00 | .00 |
| MARK RUBEK | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL HO | SECURED | NA | 33,638.94 | 34,033.94 | 19,582.88 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| BANK OF AMERICA | SECURED | NA | 22,468.81 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 1,862.44 | 1,862.44 | 1,071.62 | .00 |
| CHRYSLER FIN SERV AM | UNSECURED | NA | 12,000.00 | 12,000.00 | .00 | .00 |
| PNC BANK NATIONAL AS | SECURED | NA | .00 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
====================================================================
 Summary of Disbursements to Creditors:

                                           Claim        Principal      Int.
                                          Allowed        Paid          Paid
 Secured Payments:
       Mortgage Ongoing                       .00           .00          .00
       Mortgage Arrearage                35,896.38     20,654.50         .00
       Debt Secured by Vehicle               .00           .00           .00
       All Other Secured                     .00           .00           .00
 TOTAL SECURED:                          35,896.38     20,654.50         .00

 Priority Unsecured Payments:
       Domestic Support Arrearage            .00           .00           .00
       Domestic Support Ongoing              .00           .00           .00
       All Other Priority                    .00           .00           .00
 TOTAL PRIORITY:                             .00           .00           .00

 GENERAL UNSECURED PAYMENTS:            206,882.54         .00           .00
====================================================================


====================================================================
 Disbursements:

       Expenses of Administration       $    3,545.50
       Disbursements to Creditors       $   20,654.50

 TOTAL DISBURSEMENTS:                                 $   24,200.00
====================================================================
```

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/17/2011                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**